464 A.2d 515

Commonwealth v. Brown, Appellant.

Submitted February 15, 1983.   Anne L. Wall, Assistant Public Defender, for appellant;   Ellen Laura Cohen, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., JOHNSON and MONTEMURO, JJ.

The judgment of sentence of the lower court is affirmed.

464 A.2d 515

Commonwealth v. Cole, Appellant.

Argued January 19, 1982.   Abraham J. Golden, for appellant;   David L. DaCosta, Assistant District Attorney, for Commonwealth, appellee.

Before JOHNSON, WATKINS and LIPEZ, JJ.

Judgment of sentence affirmed.